MANATT, PHELPS & PHILLIPS, LLP
ROBERT H. PLATT (Bar No. CA 108533)
E-mail:  RPlatt@manatt.com
KRISTIN E. HAULE (Bar No. CA 312139)
E-mail:  KHaule@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA  90064-1614
Telephone:  (310) 312-4000
Facsimile:  (310) 312-4224

Attorneys for Defendant
Sunrun Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anton Ewing, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>Encor Solar, LLC, a Utah limited liability company;<br>Daniel Larkin, an individual and officer of Encor Solar, LLC;<br>Garrett Smith, an individual and manager of Encor Solar, LLC;<br><br>Sunrun, Inc., a Delaware corporation;<br><br>Bargain Electricity, Inc, a Florida corporation;<br>Reinaldo A. Berges, aka Ray Alonso, an individual and officer of Bargain Electricity, Inc.,<br><br>    Defendants. | No.  3:18-cv-02247-CAB-MDD<br><br>**DECLARATION OF A. PAUL HEERINGA IN SUPPORT OF SUNRUN'S MOTION TO DECLARE PLAINTIFF ANTON EWING A VEXATIOUS LITIGANT AND FOR A PREFILING ORDER PURSUANT TO 28 USC SECTION 1651**<br><br>Hearing Date:  November 29, 2018<br>Judge: Hon. Cathy Ann Bencivengo<br><br>PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

## Declaration of A. Paul Heeringa

I, A. Paul Heeringa, declare as follows:

1. I am a Counsel at the law firm of Manatt, Phelps, and Phillips, LLP. I am licensed to practice in the state of Illinois, have been licensed since 2006, and am in good standing. I am permanently admitted to appear before the Northern District of Illinois, Eastern District of Texas, and Southern District of Indiana. I have been admitted *pro hac vice* in various federal district and state courts.

2. My understanding is that Plaintiff personally contacted multiple employees of Sunrun, including multiple non-legal personnel and corporate officers, contemporaneously with filing this lawsuit.

3. My understanding is that Plaintiff contacted Manatt attorneys, including attorneys who do not represent Sunrun, contemporaneously with filing the lawsuit.

4. My understanding is that these communications do not have a legitimate purpose.

5. Attached hereto as Exhibit "A" is a true and correct copy of emails Plaintiff has sent to Sunrun employees.

I declare under penalty of perjury under the laws of the United States that the contents of this declaration are true and correct. Executed on October 25, 2018, in Chicago, Illinois.

Dated: October 25, 2018     By: /s/ A. Paul Heeringa
                                 A. Paul Heeringa

321038932.1

# EXHIBIT A

**From:** "Anton@AntonEwing.com" <anton@antonewing.com>
**Date:** September 30, 2018 at 10:23:17 PM PDT

**Subject:** RE: 18cv2247
**Reply-To:** <anton@antonewing.com>

I want to expressly inform you that I will be issuing a subpoena, signed by the clerk of the court, to obtain Garrett Smith's mailing address so that I can serve him with the summons and complaint through a registered process server.

If you have any objection to said subpoena, please let me know immediately.

---

**From:** Anton@AntonEwing.com [mailto:anton@antonewing.com]
**Sent:** Saturday, September 29, 2018 12:07 PM

v2247

Please see attached TCPA lawsuit that I have filed against Sunrun

I also note at least three other TCPA class action lawsuit recently brought against Sunrun.

I have calls from your company through Max Power Int'l from 2015 as well.

**EXHIBIT A**