MANATT, PHELPS & PHILLIPS, LLP
ROBERT H. PLATT (Bar No. CA 108533)
E-mail:  RPlatt@manatt.com
KRISTIN E. HAULE (Bar No. CA 312139)
E-mail:  KHaule@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA  90064-1614
Telephone:  (310) 312-4000
Facsimile:  (310) 312-4224

*Attorneys for Defendant*
Sunrun Inc.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anton Ewing, an individual,<br><br>　　　　*Plaintiff*,<br><br>　　vs.<br><br>Encor Solar, LLC, a Utah limited liability company;<br>Daniel Larkin, an individual and officer of Encor Solar, LLC;<br>Garrett Smith, an individual and manager of Encor Solar, LLC;<br><br>Sunrun, Inc., a Delaware corporation;<br><br>Bargain Electricity, Inc, a Florida corporation;<br>Reinaldo A. Berges, aka Ray Alonso, an individual and officer of Bargain Electricity, Inc.,<br><br>　　　　*Defendants*. | No.  3:18-cv-02247-CAB-MDD<br><br>**DEFENDANT SUNRUN INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DECLARE ANTON EWING A VEXATIOUS LITIGANT AND FOR A PREFILING ORDER PURSUANT TO 28 USC SECTION 1651**<br><br>Filed concurrently with:<br>1. Notice of Motion and Motion to Declare Anton Ewing a Vexatious Litigant<br>2. Notice of Motion and Motion to Dismiss or in the Alternative to Sever<br><br>Hearing Date:  November 29, 2018<br>Judge: Hon. Cathy Ann Bencivengo<br><br>PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |

**TO THE COURT, EACH PARTY, AND ATTORNEYS OF RECORD:**

Federal Rule of Evidence 201(b) provides that judicially noticed facts be ones that are "not subject to reasonable dispute." "Public records and government documents are generally considered not to be subject to reasonable dispute." *L'Garde, Inc. v. Raytheon Space & Airborne Sys.*, 805 F. Supp. 2d 932, 937-38 (C.D. Cal. 2011) (taking judicial notice of California Secretary of State website) (quoting *Hansen Beverage Co. v. Innovation Ventures, LLC*, No. 08-cv-1166-IEG, 2009 WL 6597891, at *1 (S.D. Cal. Dec. 23, 2009)). This includes other court documents. *See Botelho v. U.S. Bank, N.A.*, 692 F. Supp. 2d 1174, 1178 (N.D. Cal. 2010) (citing *Rothman v. Gregor*, 220 F.3d 81, 82 (2d Cir. 2000) (taking judicial notice of a filed complaint as a public record)).

Accordingly, Defendant Sunrun hereby respectfully requests that the Court take judicial notice of the following in support of its Opposition to Plaintiffs' Motion for Class Certification:

| Exhibit 1 | California Vexatious Litigant List as of October 2018, available at http://www.courts.ca.gov/documents/vexlit.pdf |
|---|---|
| Exhibit 2 | 12/15/2017 "Prefiling Order – Vexatious Litigant" (San Diego Superior Court) |
| Exhibit 3 | 12/4/2017 Minute Order Declaring Anton Ewing a Vexatious Litigant in San Diego Superior Case No. 37-2016-00028312-CU-BT-CTL |
| Exhibit 4 | list of cases Plaintiff has filed in the Southern District of California |
| Exhibit 5 | list of cases Plaintiff has filed in San Diego Superior Court |
| Exhibit 6 | Memorandum of Points & Authorities ISO Anti-SLAPP motion in *Ewing v. Jarvey*, No. 3:16-cv-02097-AJB-NLS, Doc. 16-1 |

| Exhibit 7 | Memorandum of Points & Authorities ISO Motion to Compel Arbitration and Stay Action and for Monetary Sanctions, *Ewing v. Charter Communications Holding Co., LLC*, No. 3:17-cv-02507-LAB-MDD, Doc. 5-1 |
|---|---|
| Exhibit 8 | Order Granting Motion to Dismiss, discussing Ewing's repeated violation of Court rules, *Ewing v. Empire Capital Funding Grp., Inc.*, No. 3:17-cv-02507-LAB-MDD, Doc. 82 |
| Exhibit 9 | Order Revoking Leave to File Electronically, *Ewing v. Empire Capital Funding Grp., Inc.*, No. 3:17-cv-02507-LAB-MDD, Doc. 86 |
| Exhibit 10 | Order Denying Motion for Sanctions, but discussing Plaintiff's "unprofessional" conduct and the Court's own prior admonishments, *Ewing v. Flora*, No. 3:14-cv-02922-AJB-NLS, Doc. 68 |
| Exhibit 11 | Order Denying Plaintiff's Ex Parte Motions and OSC why Rule 11 sanctions should not be imposed against Plaintiff for bringing frivolous motions for an improper purpose, *Ewing v. K2 Property Development LLC*, No. 3:16-cv-00678-LAB-AGS, Doc. 131 |
| Exhibit 12 | Ewing v. 8 Figure Dream Lifestyle, Doc. 15-1 (Defendants' Brief ISO Motion to Declare Anton Ewing a Vexatious Litigant and for a Prefiling Order Pursuant to 28 USC Section 1651) |

In addition, Defendant Sunrun respectfully requests that the Court take Judicial Notice of the dockets and complaints for cases filed by Plaintiff Ewing in the Southern District of California as follows:

3

| | |
|---|---|
| Exhibit 13 | Ewing v. HSBC Finance Corp., No. 3:13-cv-01821-BEN-BLM |
| Exhibit 14 | Ewing v. Flora, No. 3:14-cv-02925-AJB-NLS |
| Exhibit 15 | Ewing v. Layton, No. 3:14-cv-02951-BAS-MDD |
| Exhibit 16 | Ewing v. Patient Satisfaction Plus, LLC, No. 3:15-cv-01509-BTM-WVG |
| Exhibit 17 | Ewing v. 29 Prime, Inc., No. 3:15-cv-01850-MMA-JMA |
| Exhibit 18 | Ewing v. A1 Solar Power, Inc., No. 3:15-cv-02695-LAB-DHB |
| Exhibit 19 | Ewing v. A1 Solar Power, No. 3:16-cv-00383-LAB-RBB |
| Exhibit 20 | Ewing v. K2 Property Development, LLC, No. 3:16-cv-00678-LAB-AGS |
| Exhibit 21 | Ewing v. Lend Mark Capital Group Inc., No. 3:16-cv-00967-BAS-NLS |
| Exhibit 22 | Ewing v. Integrity Capital Solutions, Inc., No. 3:16-cv-01469-JLS-MDD |
| Exhibit 23 | Ewing v. SQM US, Inc. et al, No. 3:16-cv-01609-CAB-JLB |
| Exhibit 24 | Ewing v. RCF, LLC, No. 3:16-cv-01639-GPC-JLB |
| Exhibit 25 | Ewing v. Jarvey, Inc., No. 3:16-cv-02097-AJB-NLS |
| Exhibit 26 | Osgood v. Main Streat Marketing, LLC, No. 3:16-cv-02415-GPC-BGS |
| Exhibit 27 | Ewing v. Charter Communications Holding Co., LLC, No. 3:17-cv-00222-BEN-WVG |
| Exhibit 28 | Ewing v. McCarthy, No. 3:17-cv-01554-GPC-RBB |
| Exhibit 29 | Ewing v. Empire Capital Funding Grp., Inc., No. 3:17-cv-02507-LAB-MDD |
| Exhibit 30 | Stark v. SLAC, Inc., No. 3:18-cv-00094-BTM-JMA |
| Exhibit 31 | Ewing v. Allfi, Inc., No. 3:18-cv-00158-AJB-AGS |
| Exhibit 32 | Ewing v. Readdick, No. 3:18-cv-00429-WQH-JMA |
| Exhibit 33 | Ewing v. 8 Figure Dream Lifestyle, LLC, No. 3:18-cv-01063-AJB-AGS |
| Exhibit 34 | Ewing v. Arroyo, No. 3:18-cv-01212-AJB-AGS |
| Exhibit 35 | Ewing v. Oasis Media LLC, No. 3:18-cv-01455-LAB-JLB |
| Exhibit 36 | Stark v. Shorepointe Partners, No. 3:18-cv-01828-JAH-NLS |

| | | |
|---|---|---|
| 1 | Dated:  October 25, 2018 | MANATT, PHELPS & PHILLIPS, LLP |
| 2 | | |
| 3 | | By: /s/ Kristin E. Haule |
| 4 | | Robert H. Platt<br>Kristin E. Haule<br>*Attorneys for Defendant* |
| 5 | | SUNRUN INC. |

321032413.1