UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING, | Case No.:  18-CV-2247-CAB-MDD |
| Plaintiff, | **ORDER RE AMENDED COMPLAINT** |
| v. | |
| ENCOR SOLAR, LLC et al., | |
| Defendants. | [Doc. Nos. 9, 12] |

In light of Plaintiff's filing of a First Amended Complaint [Doc. No. 20], it is hereby **ORDERED** as follows:

1. The pending motions to dismiss [Doc. Nos. 9, 12] the original complaint are **DENIED AS MOOT**;

2. The Clerk's entry of defaults as to Reinaldo A. Berges and Bargain Electricity, Inc. [Doc. Nos. 17, 18] are **VACATED**;

3. Plaintiff must comply with all applicable rules for service of a complaint and wait until the time for filing a responsive pleading has passed before requesting entry of default as to the first amended complaint with respect to any parties that have yet to make an appearance in this lawsuit; and,

4. The motion to declare Plaintiff a vexatious litigant [Doc. No. 13] remains pending, and Plaintiff shall respond to the motion as required by the applicable rules.

It is **SO ORDERED**.

Dated:  November 6, 2018

_____
Hon. Cathy Ann Bencivengo
United States District Judge

18-CV-2247-CAB-MDD