UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ANTON EWING, | Case No.: 18-CV-2247-CAB-MDD |
|---|---|
| Plaintiff, | |
| v. | **ORDER REGARDING DEFENDANT SUNRUN'S PENDING MOTION TO DECLARE PLAINTIFF A VEXATIOUS LITIGANT AND MOTION TO DISMISS** |
| ENCOR SOLAR, LLC et al., | |
| Defendants. | |

On January 10, 2019, Defendant Sunrun filed a Notice of Extra-Judicial Resolution Between Plaintiff and Defendant Sunrun Inc. [Doc. No. 44]  The notice informs that the two parties have reached a tentative settlement and requests the Court stay ruling on Sunrun's pending motion to Declare Plaintiff Anton Ewing a Vexatious Litigant and Motion to Dismiss Plaintiff's First Amended Complaint until further notice. [*Id.* at 2.]

In consideration of the ongoing negotiations, the Court temporarily STAYS ruling on Sunrun's pending motions [Doc. Nos. 13, 26] for a period of three weeks.  Further, the Court HEREBY ORDERS that the parties have up to and including **January 31, 2018** to file a joint motion for dismissal.  If a joint motion for dismissal is not filed by the January

//

//

1  31, 2018 deadline, the stay will automatically be lifted and the Court will issue orders on
2  the pending motions forthwith.
3      It is **SO ORDERED**.
4  Dated:  January 10, 2019

_____
Hon. Cathy Ann Bencivengo
United States District Judge