UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING,<br><br>                    Plaintiff,<br>v.<br><br>ENCOR SOLAR, LLC et al.,<br><br>                    Defendants. | Case No.: 18-CV-2247-CAB-MDD<br><br>**ORDER DISMISSING DEFENDANT SUNRUN, INC. WITH PREJUDICE**<br>**[Doc. No. 48.]** |

Upon consideration of the Joint Motion for Dismissal [Doc. No. 48] submitted by the parties who have entered into a written Confidential Agreement, as to Plaintiff Anton Ewing, and Defendant Sunrun, Inc., it is hereby ORDERED that:

1. All claims or causes of action asserted by Plaintiff Anton Ewing and Defendant Sunrun, Inc. are hereby dismissed with prejudice;
2. Each party shall bear its own attorneys' fees and costs incurred in connection with this matter; and
3. Sunrun's pending motions are denied as moot.

It is **SO ORDERED**.

Dated: January 25, 2019

_____
Hon. Cathy Ann Bencivengo
United States District Judge