UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ANTON EWING, | Case No.: 18-CV-2247-CAB-MDD |
|---|---|
| Plaintiff, | **ORDER DENYING MOTION TO DISMISS SECOND AMENDED COMPLAINT** |
| v. | |
| ENCOR SOLAR, LLC et al., | |
| Defendants. | [Doc. No. 51] |

This matter is before the Court on Defendant Encor Solar, LLC's motion to dismiss the second amended complaint ("SAC") for failure to state a claim and for lack of Article III standing. The motion has been fully briefed, and the Court deems it suitable for submission without oral argument. Although the SAC is hardly a paragon of clarity, taking into consideration that Plaintiff is appearing pro se, the Court finds that the SAC sufficiently states a claim against Encor for violations of the Telephone Consumer Protection Act ("TCPA"). *Nordstrom v. Ryan*, 762 F.3d 903, 908 (9th Cir. 2014) ("Pro se complaints are construed 'liberally' and may only be dismissed if it appears beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief.") (internal quotation marks and citation omitted).

The Court is further satisfied that Plaintiff has Article III standing to assert these TCPA claims. *See Van Patten v. Vertical Fitness Group, LLC*, 847 F.3d 1037, 1042-43 (9th Cir. 2017).

Accordingly, the Encor's motion to dismiss is **DENIED**. Encor shall file its answer to the SAC on or before **April 3, 2019**.

It is **SO ORDERED**.

Dated: March 20, 2019

_____
Hon. Cathy Ann Bencivengo
United States District Judge