PHILIP J. BONOLI – Bar No. 188906
MICHAEL W. DAVIS – Bar No. 274126
BRUTZKUS GUBNER
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
Email:     pbonoli@bg.law
           mdavis@bg.law

Attorneys for Defendant,
ENCOR SOLAR, LLC

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING, | Case No.: 18-cv-2247 CAB (MDD) |
| Plaintiff, | **NOTICE OF EXTRA-JUDICIAL RESOLUTION BETWEEN PLAINTIFF AND DEFENDANT ENCOR SOLAR, LLC** |
| v. | |
| ENCOR SOLAR, LLC, a Utah Limited Liability Company; DANIEL LARKIN, an individual and officer of Encor Solar, LLC; GARRETT SMITH, an individual and manager of Encor Solar, LLC; SUNRUN, INC., a Delaware Corporation; BARGAIN ELECTRICITY, INC., a Florida Corporation; REINALDO A. BERGES aka RAY ALONSO, an individual and officer of Bargain Electricity, Inc., | Judge: Hon. Cathy Ann Bencivengo Courtroom 4C |
| Defendants. | |

1

4993.001/2093760

Defendant, Encor Solar, LLC ("Encor"), on behalf of itself and Plaintiff Anton Ewing (individually "Plaintiff" and together with Encor, the "Parties") with Plaintiff's notice and permission, hereby notifies the Court that the Parties have reached a confidential extra-judicial resolution of the Parties' differences and disputes in this case, in full. This resolution does not include Plaintiff's claims against the other remaining defendants, only Plaintiff's claims against Encor.

The Parties are in the process of negotiating and executing a formal written agreement that memorializes the foregoing, and will advise the Court and file all other necessary paperwork relating thereto as soon as possible. In the meantime, Encor respectfully requests that the Court stay further proceedings in this matter as they relate to Encor, including the Court's March 20, 2019 Order (ECF No. 56, page 2) requiring Encor to file an answer to the Second Amended Complaint on or before April 3, 2019, until further notice, along with granting all other relief and entering all other orders as the Court deems just and appropriate.

Dated: March 25, 2019                         BRUTZKUS GUBNER


                                              By:   /s/ *Philip J. Bonoli*
                                                    PHILIP J. BONOLI
                                                    MICHAEL W. DAVIS
                                                    Attorneys for Defendant
                                                    Encor Solar, LLC
                                                    pbonoli@bg.law
                                                    mdavis@bg.law


Dated: March 25, 2019


                                              By: /s/ *Anton A. Ewing (with permission)*
                                                  Plaintiff, appearing *pro se*.

2

4993.001/2093760