# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING,<br><br>      Plaintiff,<br><br>v.<br><br>ENCOR SOLAR, LLC et al.,<br><br>      Defendants. | Case No.: 18-CV-2247-CAB-MDD<br><br>**ORDER RE ENCOR SOLAR'S RESPONSE TO SECOND AMENDED COMPLAINT** |

In light of the parties' notice of settlement, the deadline for Defendant Encor Solar's answer to the second amended complaint is **CONTINUED** to <u>**April 10, 2019**</u>. If the parties file a joint motion to dismiss before April 10, 2019, this deadline should be considered vacated without further order from the Court.

It is **SO ORDERED**.

Dated: March 26, 2019

                 _____
                 Hon. Cathy Ann Bencivengo
                 United States District Judge