Anton Ewing
3077 B Clairemont Drive #372
San Diego, CA 92117
(619) 719-9640
anton@antonewing.com

Plaintiff in pro per

# THE UNITED STATES FEDERAL DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anton Ewing, an individual<br>Plaintiff,<br>vs.<br>Encor Solar, LLC, a Utah limited liability company;<br>Daniel Larkin, an individual and officer of Encor Solar, LLC;<br>*Et al,*<br>Defendants. | Civil Case No. 18-cv-2247-CAB-MDD<br>**NOTICE OF NON-SETTLEMENT**<br><br>*The Honorable Cathy Ann Bencivengo*<br><br>No oral argument unless ordered by the Court |

Plaintiff Anton Ewing ("Ewing") hereby respectfully informs the Court that the parties could not come to a meeting of the minds and the attorney Bonoli has engage in fraudulent, deceitful and badfaith conduct in the settlement proceedings.

Mr. Bonoli deceitfully tried to insert a clause into the settlement contract that put jurisdiction and venue in Los Angeles (LA) where none of the parties are located. Importantly, the LA area is where Mr. Bonoli has his office. Mr. Bonoli

NOTICE OF NON-SETTLEMENT- 1

18CV2247

objected to San Diego stating that he client was in Utah. LA is not Utah.

Moreover, Mr. Bonoli deceitfully tried to get Plaintiff to pay his client's attorney fees on a future breach and on a future telemarketing call lawsuit. That is not what the TCPA provides and his fraudulent attempt to sneak in such language is wrong. Plaintiff could go on and on with example after example of Mr. Bonoli's criminal deceit in violation of B&P §6128 but that would just be waste of time for this Court. Suffice to say, the prior "notice of settlement" and request to delay the filing of the Answer was a farce, a total scam and complete deceit by Mr. Bonoli. There was no good faith interest on settling this matter on behalf of the defendants and their attorney.

The Court should retain all previously ordered dates and scheduling orders.

Dated: March 27, 2019

Anton Ewing

/S/ Anton Ewing
Anton Ewing, Plaintiff

NOTICE OF NON-SETTLEMENT- 2

18CV2247

# PROOF OF SERVICE

I, Anton Ewing, am over 18, a pro per plaintiff in this matter. I have filed this NOTICE OF NON-SETTLEMENT and had it served on Defendants as follows:

**18-cv-2247-CAB-MDD Notice has been mailed to:**

I have also emailed a copy of this document to Defendant directly at the email address he uses to communicate with me at:

and by US Mail, postage pre-paid, first class to:

Bargain Electricity, Inc
2350 SW 18TH TERRACE, WEST UNIT,
FORT LAUDERDALE, FL 33315

Reinaldo Berges
2350 SW 18TH TERRACE, WEST UNIT,
FORT LAUDERDALE, FL 33315

As well as all other CM/ECF users registered in this matter.

**Philip Joseph Bonoli**
Brutzkus Gubner
21650 Oxnard Street
Suite 500
Woodland Hills, CA 91367
(818) 827-9000
pbonoli@bg.law

**Kristin Emily Haule**
Manatt Phelps & Phillips LLP
11355 W Olympic Blvd
Los Angeles, CA 90064
310-312-4000
Fax: 310-312-4224
Email: khaule@manatt.com

I swear under penalty of perjury that the above was served as stated.
Dated: March 27, 2019

/S/ *Anton Ewing*
Anton Ewing