1  PHILIP J. BONOLI – Bar No. 188906
   MICHAEL W. DAVIS – Bar No. 274126
2  BRUTZKUS GUBNER
   21650 Oxnard Street, Suite 500
3  Woodland Hills, CA 91367
   Telephone:  (818) 827-9000
4  Facsimile: (818) 827-9099
   Email:      pbonoli@bg.law
5              mdavis@bg.law

6

   Attorneys for Defendant
7  ENCOR SOLAR, LLC

8

9                    UNITED STATES DISTRICT COURT

10            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11

12 ANTON EWING,                      Case No.: 18-cv-2247 CAB (MDD)

13         Plaintiff,                **JOINT MOTION FOR DISMISSAL
                                     WITH PREJUDICE**
14 v.
                                     [*Filed Concurrently with Proposed Order
15 ENCOR SOLAR, LLC, a Utah Limited  Dismissing Defendant Encor Solar, LLC
   Liability Company; DANIEL         with Prejudice*]
16 LARKIN, an individual and officer of
   Encor Solar, LLC; GARRETT SMITH,  Judge: Hon. Cathy Ann Bencivengo
17 an individual and manager of Encor        Courtroom 4C
   Solar, LLC; SUNRUN, INC., a
18 Delaware Corporation; BARGAIN
   ELECTRICITY, INC., a Florida
19 Corporation; REINALDO A. BERGES
   aka RAY ALONSO, an individual and
20 officer of Bargain Electricity, Inc.,

21         Defendants.

22

23

24

25

26

27

28

                                     1
                  **JOINT MOTION TO DISMISS WITH PREJUDICE**

1        PLEASE TAKE NOTICE that pursuant to a confidential Settlement Agreement

2   entered into by Plaintiff, Anton Ewing, and Defendant, Encor Solar, LLC, on April 24,

3   2019, Plaintiff and Defendant, Encor Solar, LLC, hereby jointly move under Federal

4   Rule of Civil Procedure 41(a)(1)(A)(ii) to dismiss this action with prejudice as to all

5   claims asserted against Defendant, Encor Solar, LLC, with each party bearing their own

6   attorney's fees and costs.

7

8   Dated: April 30, 2019                           BRUTZKUS GUBNER

9

10                                                  By:  ___/s/ *Philip J. Bonoli*_____
                                                         PHILIP J. BONOLI
11                                                       MICHAEL W. DAVIS
                                                         Attorneys for Defendant
12                                                       ENCOR SOLAR, LLC
                                                         pbonoli@bg.law
13                                                       mdavis@bg.law

14

15

16  Dated: April 30, 2019                           ANTON EWING

17

18                                                  By: */s/ Anton Ewing*_____
                                                        Plaintiff in Pro Per

19

20

21

22

23

24

25

26

27

28

**JOINT MOTION TO DISMISS WITH PREJUDICE**

4993.001/2112627

## SIGNATURE CERTIFICATION

I, Philip J. Bonoli, certify that the content of this Joint Motion for Dismissal with Prejudice is acceptable to all parties signing this notice, as required by the United States District Court for the Southern District of California Electronic Case Filing Administrative Policies and Procedures.

Dated: April 30, 2019           BRUTZKUS GUBNER

By: */s/ Philip J. Bonoli*
    PHILIP J. BONOLI
    MICHAEL W. DAVIS
    Attorneys for Defendant
    ENCOR SOLAR, LLC
    pbonoli@bg.law
    mdavis@bg.law

**JOINT MOTION TO DISMISS WITH PREJUDICE**

4993.001/2112627