

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| (See Attachment) | Civil Action No. 18cv02247-CAB-MDD |
| **Plaintiff,** | |
| V. | **AMENDED** |
| (See Attachment) | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

For the foregoing reasons, it is hereby ORDERED that the motion for default judgment is DENIED, and the SAC is DISMISSED for failure to state a claim against Bargain Electricity, Smith, and Berges. Case Closed. It is SO ORDERED.

**Date:** 9/4/19

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ A. Hazard

A. Hazard, Deputy

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 18cv02247-CAB-MDD

Anton Ewing an individual ,
   Plaintiff

Encor Solar, LLC  a Utah limited liability company; Daniel Larkin  an individual and officer of Encor Solar, LLC ;  Garrett Smith  an individual and manager of Encor Solar, LLC;  Sunrun, Inc.  a Delaware corporation; Bargain Electricity, Inc  a Florida corporation; Reinaldo A. Berges  an individual and officer of Bargain Electricity, Inc.  also known as Ray Alonso
   Defendants.